# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cummings, Samuel R. | U.S. District Court Northern District of Texas | 04/16/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Senior | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

1205 Texas Avenue Room C-210
Lubbock, Texas 79401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. money market-savings - Wells Fargo Bank | B | Interest | M | T | | | | | |
| 2. CD - Wells Fargo Bank | F | Interest | P1 | T | Redeemed | 01/04/17 | P1 | A | Proceeds to CityBank Acct |
| 3. Oil & Gas Royalty & Working Interests: (H) | | | | | | | | | |
| 4. --Dynegy (Targo) Midstream Service | B | Royalty | J | W | | | | | |
| 5. --Roy Furr Estate Operator | B | Royalty | J | W | | | | | |
| 6. Brokerage Account #1 (H) TIC | | | | | | | | | |
| 7. --CD - Provincial Financial Bank, Clayton, MO | B | Interest | K | T | | | | | |
| 8. --CD - National Republic Bank, Chicago, IL | A | Interest | J | T | | | | | |
| 9. --Bond - Barbers Hill TX ISD | B | Interest | K | T | | | | | |
| 10. --Bond - Ft. Worth TX CTF oblig. | B | Interest | L | T | | | | | |
| 11. --Bond - NW Harris County Municipal Utility District | C | Interest | L | T | | | | | |
| 12. --Bond - Ft. Bend County Municipal Utility District | C | Interest | L | T | | | | | |
| 13. --Bond - Donna TX ISD School Building PSF | B | Interest | L | T | | | | | |
| 14. --Bond - Pharr San Juan Alamo TX ISD | B | Interest | L | T | | | | | |
| 15. --Bond - Waxahachie TX CTFS oblig. | B | Interest | L | T | Redeemed | 08/01/17 | L | A | Proceeds to TIC Account |
| 16. --Bond - Lubbock TX ISD Sch Bldg Fund PSF | B | Interest | L | T | | | | | |
| 17. --Burleson TX CTF oblig. | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   --McKinney TX Ind. Sch. Dis. g/o | A | Interest | L | T | | | | | |
| 19.   Brokerage Account #2 (H) | | | | | | | | | |
| 20.   --CD - Bank of North Carolina, Thomasville, NC | B | Interest | M | T | | | | | |
| 21.   --CD - Discover Bank, Greenwood, DE | B | Interest | M | T | | | | | |
| 22.   Brokerage Account #1 (H) TIC | | | | | | | | | |
| 23.   --Bond - Texas Tech University Bond | A | Interest | K | T | | | | | |
| 24.   --Bond-Hale Center TX ED FACS CORP (cont'd in Part VIII) | B | Interest | L | T | | | | | |
| 25.   --Bond - Temple Tex. Rev. & Ltd. Tax Bds | A | Interest | K | T | | | | | |
| 26.   Brokerage Account #3 (H) IRA | | | | | | | | | |
| 27.   --Nureen Quality Preferred FD3 | B | Dividend | K | U | | | | | |
| 28.   --Nureen Quality Preferred FD3 | B | Dividend | K | U | | | | | |
| 29.   Brokerage Account #1 (H) TIC | | | | | | | | | |
| 30.   --Bond - Ft. Bend TX Util Dis BDS | B | Interest | L | T | | | | | |
| 31.   --Bond - Victoria County TX Jr. College Dist. | B | Interest | L | T | | | | | |
| 32.   --Bond - Crowley TX ISD | B | Interest | L | T | | | | | |
| 33.   --Bond-50 Northside Tex. Ind. Sch. Dis. Tax Bds | B | Interest | L | T | | | | | |
| 34.   --Bond-Stanton TX ISD Bldg. Bds | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Bond-North Hopkins TX ISD | B | Interest | L | T | | | | | |
| 36. --Bond-Weston Mun. Ut. Dis. TEXU Ltd Bonds | B | Interest | L | T | | | | | |
| 37. --Bond-Cypress Hill Mun. Dist. No. 1 | B | Interest | L | T | | | | | |
| 38. --Bond-Montgomery Cnty. TX Mun. Util. Dist. | B | Interest | L | T | | | | | |
| 39. Brokerage Account #2 (H) (IRA) | | | | | | | | | |
| 40. --825 shares Tr. High Dividend ETF | B | Dividend | L | U | | | | | |
| 41. --CD - Barclays Bank | A | Interest | M | U | Redeemed | 07/31/17 | M | A | Proceeds to IRA Account |
| 42. --CD - Discover BK Greenwood | B | Interest | L | U | | | | | |
| 43. Brokerage Account #4 (H) TIC | | | | | | | | | |
| 44. --Bond-Lake Mun. Ut. Dis. Tax | B | Interest | M | T | | | | | |
| 45. --Bond-Edinburgh Tax & Rev. CTFS oblig. | B | Interest | K | T | | | | | |
| 46. --Bond-Houston Higher Ed. Fin. Corp. | B | Interest | L | T | | | | | |
| 47. --Bond-Fort Bend Cnty. Util. Dist. | B | Interest | K | T | | | | | |
| 48. Brokerage Account-Sam R Cummings IRA (H) | | | | | | | | | |
| 49. --First Trust Capital Investment Trust | B | Dividend | M | T | | | | | |
| 50. --First Tr Value Divid Index SHS | B | Dividend | M | T | | | | | |
| 51. --First Tr ETF Staples ALPHA DEX | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Bond-Texas Tech Univ. Ref. and IMPT | A | Interest | L | T | | | | | |
| 53. --Global X FD DIS ETF | B | Dividend | L | T | | | | | |
| 54. --First Trust DSIP Portfolio-Unit Trust | B | Dividend | M | T | Redeemed | 01/19/17 | M | | IRA |
| 55. Brokerage Account #2 (H) IRA | | | | | | | | | |
| 56. --Wells Fargo Corporate Bond | B | Interest | M | T | | | | | |
| 57. --Wells Fargo Corporate Bond | B | Interest | L | T | | | | | |
| 58. --JP Morgan Chase Corporate Bond | B | Interest | M | T | | | | | |
| 59. Brokerage Account #1 (H) TIC | | | | | | | | | |
| 60. --Travis Cnty Ctfs of Oblig | B | Interest | K | T | | | | | |
| 61. --New Caney Util Dis Tax Bds | B | Interest | L | T | | | | | |
| 62. --Travis Cnty Tx Mun Util Dis No. 16 | C | Interest | M | T | | | | | |
| 63. --Lbb Cooper ISD Bond | B | Interest | K | T | | | | | |
| 64. Brokerage Account #1-TIC | | | | | | | | | |
| 65. --Houston Tx Bds | B | Interest | L | T | Buy | 01/11/17 | L | A | Brokerage Acct. 1 (TIC) |
| 66. --Tomball Tx ISD Bds | B | Interest | M | T | Buy | 01/11/17 | M | A | Brokerage Acct. 1 (TIC) |
| 67. --Centerville Tx ISD Bds | B | Interest | M | T | Buy | 01/18/17 | M | A | Brokerage Acct. 1 (TIC) |
| 68. --Alief Tx ISD Bds | B | Interest | L | T | Buy | 01/24/17 | L | A | Brokerage Acct. 1 (TIC) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Chambers County Bds | B | Interest | L | T | Buy | 02/15/17 | L | A | Brokerage Acct. 1 (TIC) |
| 70. --Willow Fork Drain Dis Tx Bds | B | Interest | M | T | Buy | 02/09/17 | M | A | Brokerage Acct. 1 (TIC) |
| 71. --College Station Tx ISD Bds | B | Interest | L | T | Buy | 02/16/17 | L | A | Brokerage Acct. 1 (TIC) |
| 72. --Klein Tx ISD Bds | B | Interest | L | T | Buy | 02/08/17 | L | A | Brokerage Acct. 1 (TIC) |
| 73. --Lovejoy Tx ISD Bds | B | Interest | M | T | Buy | 02/03/17 | M | A | Brokerage Acct. 1 (TIC) |
| 74. --Prosper Tx ISD Bds | B | Interest | L | T | Buy | 02/21/17 | L | A | Brokerage Acct. 1 (TIC) |
| 75. --Red Oak Tx ISD Bds | B | Interest | M | T | Buy | 02/21/17 | M | A | Brokerage Acct. 1 (TIC) |
| 76. --Tex Tech Rev Bds | B | Interest | M | T | Buy | 02/22/17 | M | A | Brokerage Acct. 1 (TIC) |
| 77. --Borger Tx ISD Bds | B | Interest | M | T | Buy | 02/23/17 | M | A | Brokerage Acct. 1 (TIC) |
| 78. --Harris Co. Tx Mun Bds | B | Interest | L | T | Buy | 02/23/17 | L | A | Brokerage Acct. 1 (TIC) |
| 79. --Pharr San Juan Tx ISD Bds | B | Interest | L | T | Buy | 02/23/17 | L | A | Brokerage Acct. 1 (TIC) |
| 80. --West Harris Co. Tx Mun Bds | B | Interest | M | T | Buy | 02/23/17 | M | A | Brokerage Acct. 1 (TIC) |
| 81. --Horizon Tx Mun. Bds | B | Interest | L | T | Buy | 03/06/17 | L | A | Brokerage Acct. 1 (TIC) |
| 82. --Plano Tx GO Bds | B | Interest | L | T | Buy | 03/06/17 | L | A | Brokerage Acct. 1 (TIC) |
| 83. --Woodcreek Resv Munc Util Bds | B | Interest | K | T | Buy | 03/06/17 | K | A | Brokerage Acct. 1 (TIC) |
| 84. --Whitehouse Tx ISD Bds | B | Interest | M | T | Buy | 03/07/17 | M | A | Brokerage Acct. 1 (TIC) |
| 85. --El Paso Hosp Dis Bds | B | Interest | M | T | Buy | 04/03/17 | M | A | Brokerage Acct. 1 (TIC) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Irving Tx Bds | B | Interest | M | T | Buy | 04/03/17 | M | A | Brokerage Acct. 1 (TIC) |
| 87. --North Tx Mun WTR Rev Bds | B | Interest | L | T | Buy | 04/03/17 | L | A | Brokerage Acct. 1 (TIC) |
| 88. --Waco Tx Rev CTFS | B | Interest | M | T | Buy | 04/21/17 | M | A | Brokerage Acct. 1 (TIC) |
| 89. --Arlington Fin Corp Harmony Pub Schs | B | Interest | M | T | Buy | 05/15/17 | M | A | Brokerage Acct. 1 (TIC) |
| 90. --Richardson CTFS of Oblig | B | Interest | M | T | Buy | 05/15/17 | M | A | Brokerage Acct. 1 (TIC) |
| 91. --Harris - Mtgy Co Mun Util Dis | A | Interest | L | T | Buy | 05/30/17 | L | A | Brokerage Acct. 1 (TIC) |
| 92. --Willow Fork Drain Dis Util Bds | A | Interest | L | T | Buy | 05/30/17 | L | A | Brokerage Acct. 1 (TIC) |
| 93. --Hartford Finan FIX/FLT 42 | B | Dividend | L | T | Buy | 06/06/17 | L | A | Brokerage Acct. 1 (TIC) |
| 94. --Public Storage SHS | B | Dividend | L | T | Buy | 06/06/17 | L | A | Brokerage Acct. 1 (TIC) |
| 95. --Wells Fargo Dep SHS | B | Dividend | L | T | Buy | 06/06/17 | L | A | Bokerage Acct. 1 (TIC) |
| 96. --Ector Cnty CTFS of Oblig. | B | Interest | L | T | Buy | 06/06/17 | L | A | Brokerage Acct. 1 (TIC) |
| 97. --Waco Tx CTFS of Oblig. | B | Interest | L | T | Buy | 06/06/17 | L | A | Brokerage Acct. 1 (TIC) |
| 98. --Brazoria Co UT Dist Bds | B | Interest | L | T | Buy | 08/18/17 | L | A | Brokerage Acct. 1 (TIC) |
| 99. --Paloma Lake Tx Bds | B | Interest | L | T | Buy | 08/18/17 | L | A | Brokerage Acct. 1 (TIC) |
| 100. Brokerage Acct. #2 IRA | | | | | | | | | |
| 101. --First Trust DSIP Portfolio | B | Interest | M | T | Buy | 01/20/17 | M | A | Brokerage Acct. 2 - IRA |
| 102. --2017 BJ ELN Series | B | Interest | L | T | Buy | 01/27/17 | L | A | Brokerage Acct. 2 - IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  --ISHARES USA ETF | B | Dividend | L | T | Buy | 08/18/17 | L | A | Brokerage Acct 2 - IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Cummings, Samuel R. | 04/16/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Samuel R. Cummings**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544